George W. Morrell, Respondent, v. Richards & Gaston, Incorporated, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ.

Patrick W. O'Connor, Respondent, v. Richard Webber, Jr., and William Webber, Copartners, etc., Appellants.— Judgment and order reversed and new trial granted, costs to abide the event. (See opinion in *O'Connor* v. *Webber*, decided herewith, *ante*, p. 175.) Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

The People of the State of New York, Appellant, v. John J. Cusick and Edward Dardin, Respondents.— As it did not appear before the County Court that the People would lose no rights in this proceeding by the vacation of the forfeiture of the bond, we think the order was improvidently granted. It is true that a new criminal proceeding may be instituted against Dardin, but there is nothing to show that he is now within the jurisdiction of the courts of this State, and that a new warrant after issuance can be executed without unnecessary trouble to the district attorney. The order of the County Court of Kings county is, therefore, reversed, without prejudice to a renewal of the application for the remission of the forfeiture on proofs showing that the People would not be hampered thereby. Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ., concurred.

The People of the State of New York, Respondent, v. Harry B. Silver, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

The People of the State of New York, Respondent, v. Morris Willinger, Appellant.— Judgment of conviction of the County Court of Kings county affirmed. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

The People of the State of New York ex rel. William Lau, Relator, v. Rhinelander Waldo, Commissioner of the Police Department of the City of New York, Respondent.— Determination confirmed and writ of certiorari quashed, with fifty dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Rich, Stapleton and Putnam, JJ., concurred.

John Quinn and James Quinn, Copartners, etc., Appellants, v. James O'Reilly, Respondent.— Order of the County Court of Kings county reversed, with ten dollars costs and disbursements, and order directed for judgment allowing plaintiffs' demurrer to defense and counterclaim pleaded in defendant's amended answer, with costs, with leave to defendant to amend the amended answer within twenty days on payment of costs. The defendant's defense is obviously insufficient in law upon its face. Defendant's counterclaim is not of the character specified in section 501 of the Code of Civil Procedure. It states, if anything, a cause of